UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Kurt Carpentino</u>

       v.                            Civil No. 05-cv-36-JD

<u>NH State Prison, Warden</u>

<u>O R D E R</u>

On February 17, 2005, the Court granted plaintiff's Motion to Stay this case. One of the conditions of the stay was that the plaintiff was to "contact this Court every 90 days, beginning from the date of entry of this order, and inform the court of the status and pendency of his state court proceedings . . ."

Subsequently, Mr. Carpentino filed a status report on May 17, 2005, August 15, 2005 and another on November 10, 2005. Since November, however, Mr. Carpentino has not notified the court of any status.

It is herewith ordered that Mr. Carpentino file a status report on or before Wednesday, May 10, 2006.

      SO ORDERED.

April 24, 2006                             /s/ James R. Muirhead
                                                 James R. Muirhead
                                                 United States Magistrate Judge

cc:    Kurt Carpentino, pro se